IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIVEK SUNDARAM, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-12-0491 |
| | § |
| FLAGSTAR BANK F.S.B. and | § |
| FEDERAL HOME LOAN | § |
| MORTGAGE CORPORATION, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons stated on the record at the hearing held June 29, 2012, the defendants' motion for summary judgment is granted. As a result, the plaintiff's claims are dismissed, with prejudice. Each is to party bears its own costs and fees.

This is a final judgment.

SIGNED on June 29, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District